# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES RODKEY,<br>   Plaintiff,<br><br>  v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>   Defendant | )<br>)<br>)<br>)<br>) Case No.: 2:11-cv-3830-AB<br>)<br>)<br>)<br>)<br>) |

### STIPULATION TO DISMISS

TO THE CLERK:

  Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.


/S/ Ross S. Enders        /S/ Craig Thor Kimmel
Ross S. Enders, Esquire      Craig Thor Kimmel, Esquire
Attorney ID: 89840        Attorney ID: 57100
Attorney for Defendant       Attorney for the Plaintiff


Date: October 28, 2011       Date: October 28, 2011


BY THE COURT:


_____
            J.